# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:19-cr-00206 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| v. | ) | |
| | ) | |
| DEWON DAWSON ET AL, | ) | **OPINION AND ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is Defendant Dewon Dawson's Motion to revoke detention order and grant pretrial release, ECF Doc. 262. For the following reasons, Defendant's Motion is **DENIED**.

On April 2, 2019, Dawson was charged with drug conspiracy in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846; possession with intent to distribute crack cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B); and possession of a firearm in furtherance of drug trafficking in violation of 18 U.S.C. § 924(c). ECF Doc. 1.

On July 12, 2021, Dawson's trial began. ECF Doc. 258. After approximately two days of trial, Dawson informed the Court that he wished to change his plea to guilty. ECF Doc. 259. The Court accepted Dawson's guilty plea and dismissed the jury. *Id*. Dawson faces a mandatory minimum sentence of 120 months. Dawson's sentencing date is scheduled for November 18, 2021, at 12:30 pm.

On August 29, 2021, Dawson filed a supplemental motion to revoke the detention order and grant him pretrial release. Dawson asks this Court to consider the fact that there is a trial scheduled in his daughter's and granddaughter's custody case in Franklin County on September 3,

2021. ECF Doc. 262. Notably, Dawson's Motion is a supplement to a motion that this Court already denied on May 25, 2021. See May 25, 2021 non-document Order.

In any event, the Court is not inclined to release Dawson after he has entered a guilty plea and is set for sentencing in a little over two months. The Court acknowledges the emotional pain Dawson may be experiencing while dealing with a custody case. However, as Dawson is facing a mandatory sentence of ten (10) years in prison, it is very unlikely that he can be the primary caretaker of his granddaughter and daughter at this time. Dawson, with the assistance of his counsel, should arrange to attend his daughter's and granddaughter's court hearing through video conference on September 3, 2021.

## I. CONCLUSION

For the reasons explained above and on the record on May 25, 2021, Defendant Dewon Dawson's Motion, ECF Doc. 262, is hereby **DENIED**.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster August 31, 2021*
**Dan Aaron Polster**
**United States District Judge**